UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:

Lakel V. Ebb                                    *     Case No: 18-16171
                                                *
                                                *
                                                *
        Debtor                                  *
                                                *     Chapter 13

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Lakel V. Ebb

        Movant(s)
vs

Santander Consumer USA

        Respondent

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER GRANTING MOTION TO DETERMINE SECURED STATUS OF CLAIM
AND MODIFY RATE OF INTEREST AND ADEQUATE PROTECTION PAYMENT

Having considered debtor's motion, and any response filed thereto, and it appearing that proper notice has been given, pursuant to 11 U.S.C. § 506, it is by the United States Bankruptcy Court for the District of Maryland, it is hereby

**ORDERED**, that the value of the collateral securing Respondent's claim is $8,825.00 at 5.75% interest, and it is further

**ORDERED**, that at such time as a discharge Order is entered in this case pursuant to 11 U.S.C. § 1328, the lien held in favor of Respondent on the property described below is void to the extent of Respondent's unsecured claim:

2007 Lexus ES350

and it is further

**ORDERED,** that if the Respondent has filed a proof of claim, the claim of the Respondent be and hereby is allowed for purposes of distributions under the Debtor's plan as a secured claim in an amount not to exceed the value of the Respondent's collateral and as a general unsecured claim for the balance; and it is further

**ORDERED,** that if the Respondent has not filed a proof of claim, the claim of the Respondent be and hereby is allowed for purposes of distributions under the Debtor's plan as a secured claim in an amount not to exceed the value of the Respondent's collateral and as a general unsecured claim for the balance if a proof of claim is filed on or before the later of (i) the claims bar date previously fixed by this court, or (ii) twenty-eight (28) days after entry of this order; and it is further

**ORDERED,** that allowance of the claim of the Respondent pursuant to this order is without prejudice to objection to such claim on other grounds.

**END OF ORDER**

cc: Trustee
    Respondent
    Debtors' Attorney
    Debtors